No. 320.   PARR *v.* UNITED STATES.   C. A. 5th Cir. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit granted and the case will be heard on the merits and on the question of appealability. *Thurman Arnold, Abe Fortas, Marvin K. Collie, Thomas E. James* and *Everett L. Looney* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland* and *Joseph M. Howard* for the United States.

No. 210.   AZTEC LAND & CATTLE CO. *v.* NAVAJO REALTY CO. ET AL.   Supreme Court of Arizona.   Certiorari denied. *Frederick Bernays Wiener* for petitioner. *Robert Morrison,* Attorney General, and *R. G. Langmade,* Assistant Attorney General, for the State of Arizona, respondent.

No. 211.   EDWARD B. MARKS MUSIC CORP. *v.* CONTINENTAL RECORD CO., INC. ET AL.   C. A. 2d Cir.   Certiorari denied. *Fulton Brylawski* for petitioner. *Maxwell Okun* for respondents.

No. 218.   WHITENER *v.* SOUTH CAROLINA.   Supreme Court of South Carolina.   Certiorari denied. *C. T. Graydon* for petitioner. *T. C. Callison,* Attorney General of South Carolina, and *William A. Dallis,* Assistant Attorney General, for respondent.

No. 239.   WARRING *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied. *G. C. A. Anderson* and *Charles E. Ford* for petitioner. *Solicitor General Sobeloff, Assistant*